# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA

## Minute Order

### *Hearing Information:*

|  |  |
|---|---|
| **Debtor:** | LUCILA GURTNER |
| **Case Number:** | 18-02705-MM13   **Chapter:** 13 |
| **Date / Time / Room:** | TUESDAY, DECEMBER 04, 2018 02:00 PM   DEPARTMENT 1 |
| **Bankruptcy Judge:** | MARGARET M. MANN |
| **Courtroom Clerk:** | LISA CRUZ |
| **Reporter / ECR:** | SUE ROSS |

### *Matters:*

1) OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN AND MOTION TO DISMISS CASE FILED BY TRUSTEE (fr. 11/6/18)

2) OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN FILED BY TRINITY FINANCIAL SERVICES (fr. 11/6/18)

3) STATUS CONFERENCE ON MOTION TO VALUE REAL PROPERTY, TREAT CLAIM AS UNSECURED AND AVOID JUNIOR LIEN OF TRINITY FINANCIAL SERVICES LLC FILED BY DEBTOR (fr. 11/6/18)

4) MOTION TO DISMISS CASE FILED BY TRINITY FINANCIAL SERVICES, LLC

5) MOTION FOR RELIEF FROM STAY, RS # RJR-1 FILED BY TRINITY FINANCIAL SERVICES, LLC

### *Appearances:*

KATHLEEN CASHMAN-KRAMER, ATTORNEY FOR TRUSTEE
YURI SIMPSON, ATTORNEY FOR LUCILA GURTNER
RAFAEL RAMON GARCIA-SALGADO, ATTORNEY FOR TRINITY FINANCIAL SERVICES

### *Disposition:*

1-5)  Opposition to trustee's motion to dismiss withdrawn by debtor as stated on the record.  Case dismissed.
Chapter 13 Trustee to prepare formal order and hold order for 10 days.

Guideline fees in the amount of $3210 allowed attorney for debtor, subject to funds on hand.